**DISMISS; and Opinion Filed April 8, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00664-CV**

**TOMMY ECTOR, Appellant**
**V.**
**REANNE VAUGHN, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11837**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Murphy

This appeal is reinstated.

The parties filed an agreed motion on July 24, 2012 informing the Court that they had settled. The parties asked the Court to abate the appeal pending finalization of settlement papers. The Court abated the appeal but did not receive any further communication from the parties. By letter dated March 21, 2013, the Court informed the parties that we would dismiss the appeal unless we received written correspondence from the parties within ten days informing us that the case did not settle. As of today's date, the Court has not received a response. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

Mary Murphy/
MARY MURPHY
JUSTICE

120664F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TOMMY ECTOR, Appellant

No. 05-12-00664-CV     V.

REANNE VAUGHN, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-11837.
Opinion delivered by Justice Murphy.
Justices Lang-Miers and Fillmore,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, REANNE VAUGHN, recover her costs of this appeal from appellant, TOMMY ECTOR.

Judgment entered this 8th day of April, 2013.


/Mary Murphy/
MARY MURPHY
JUSTICE